United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | **CRIMINAL ACTION NO. 4:20-CR-** |
| **VS.** § | **00563-001** |
| § | |
| **ELMER ROLANDO MANZANO** § | |

### EXCLUDABLE DELAY ORDER

As to Defendant Elmer Rolando Manzano, It is **ORDERED** that a period of excludable delay shall commence on August 28, 2023, pursuant to Title 18 U.S.C. §3161(h)(7)(A) and (B), Category T of the Speedy Trial Act Amendments of 2008.

In accordance with Title 18 U.S.C. §3161(h)(8)(A), the basis for continuance is the finding that the ends of justice served by taking this action outweigh the best interest of the public, as well as the Defendant, to a speedy trial, and is contained in a written motion filed by Defendant. It is, therefore, **ORDERED** that the unopposed motion for continuance is **GRANTED**.

The Court finds that pursuant to Title 18 U.S.C. §3161(h)(8)(B):

[X]   Failure to grant a continuance would stop further proceedings or result in the miscarriage of justice.

[ ]   Case unusual or complex, and as stated in open court on -------

[ ]   Continuance is granted in order to obtain or substitute counsel, or to allow reasonable time for trial preparation.

The period of excludable delay shall end at commencement of trial or disposition of charges.

1. MOTIONS will be filed by                    October 20, 2023

2.  RESPONSES will be filed by            November 3, 2023

3.  PRETRIAL CONFERENCE is set for        November 17, 2023 at 10:30 a.m.

   (515 Rusk, Courtroom 3A, 3rd Floor Houston, Texas)

   **DEFENDANT MUST BE PRESENT**

4.  JURY selection and TRIAL set for      November 27, 2023 at 9:00 a.m.

   Signed at Houston, Texas on August 22, 2023.

   _____
   Keith P. Ellison
   United States District Judge