# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
### *Houston Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CR. NO. 4:20-CR-00563** |
| | § | |
| **ELMER ROLANDO MANZANO** | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE KEITH P. ELLISON:**

Now comes Elmer Rolando Manzano, Defendant in the above-entitled and numbered criminal action, files the following Defendant's Unopposed Motion For Continuance and would show the following:

1. This cause is scheduled for Pretrial Conference on November 17, 2023 and Jury Trial on November 27, 2023.

2. Defense counsel requires additional time to review and investigate discovery. Additionally, Defendant is charged with Capital Murder in State court, where the issue of competency has arisen.

3. This Motion is not brought for delay, but to allow counsel for the Defendant adequate time to prepare for trial and ensure that the Defendant receives effective assistance of counsel and a fair trial.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter an order rescheduling Pretrial and Trial.

Respectfully submitted,

/s/ Mario Madrid
_____

Mario Madrid,
Attorney for Defendant
SBN 00797777
1210 W. Clay, Suite 12
Houston, TX  77019
713-877-9400
713-751-53633 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2023 a true and correct copy of the above and foregoing document was served on the United States Attorney's Office by and through Jill Stotts, by electronic transmission.

/s/ Mario Madrid
_____

Mario Madrid

## CERTIFICATE OF CONFERENCE

The foregoing Motion was discussed with the Assistant United States Attorney Jill Stotts. The government's position is as follows:

Unopposed

Dated:    November 14, 2023

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
### *Houston Division*

**UNITED STATES OF AMERICA** §
§
**VS.** §   CR. NO.  4:20-CR-00563
§
**ELMER ROLANDO MANZANO** §

## ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

Came on to be considered this date, Defendant's Motion For Continuance and the Court is of the opinion that said motion is:

**GRANTED**          **DENIED**

SIGNED this the _____ day of _____, 2023.